ice .Commission of Utah, and *D. A. Skeen* for Seamons et al., petitioners. *Harold S. Shertz* for respondent. ▮

No. 597. MANDOLI *v.* ACHESON, SECRETARY OF STATE. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Jack Wasserman, Gaspare Cusumano* and *Harry Meisel* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Robert G. Maysack* filed a memorandum for respondent.

No. 746. SANFORD *v.* KEPNER. C. A. 3d Cir. Certiorari granted. *J. Preston Swecker* for petitioner. *Wilmer Mechlin, Hugh M. Morris, George R. Ericson* and *William D. Denson* for respondent.

No. 753. ARROWSMITH ET AL., EXECUTORS, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari granted. *George R. Sherriff* for petitioners. *Solicitor General Perlman* filed a memorandum for respondent.

No. 305, Misc. TINDER *v.* UNITED STATES. C. A. 4th Cir. Certiorari granted. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Murry Lee Randall* for the United States.

No. 624. CADDEN *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied. *Vincent J. Hargadon* for